```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**JASMINE TORO,**

              **Plaintiff,**

      - against –

**OH MY GAUZE, INC.,**

              **Defendant.**

------------------------------------------------

**23-cv-5128 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The time for the defendant to respond to the complaint is extended to **August 29, 2023.** If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **September 12, 2023.** If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 16, 2023**

                                              /s/ John G. Koeltl
                                                **John G. Koeltl**
                                       **United States District Judge**