```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JASMINE TORO, | 23-cv-5128 (JGK) |
|           Plaintiff, | ORDER |
| - against - | |
| OH MY GAUZE, INC., | |
|           Defendant. | |

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 14, 2023.

SO ORDERED.

Dated:    New York, New York
            August 31, 2023

                                                  John G. Koeltl
                                      United States District Judge