UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JASMINE TORO,

                Plaintiff(s)

                                                                                23 civ 5128 (JGK)

    -against-

OH MY GAUZE, INC,

                Defendant(s).
-------------------------------------------------------------X

## ORDER

A scheduling order having been entered on September 20, 2023,

The conference scheduled for October 24, 2023, at 4:00pm, is canceled.

**SO ORDERED.**

                                                     **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        October 18, 2023