```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JASMINE TORO,

              Plaintiff,

    - against -

OH MY GAUZE, INC.,

              Defendant.

23-cv-5128 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **February 1, 2024,** at **3:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            January 26, 2024

                                        John G. Koeltl
                                United States District Judge