```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JASMINE TORO,

                Plaintiff,

- against -

OH MY GAUZE, INC.,

                Defendant.

23-cv-5128 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

    The joint pretrial order, motions in limine, requests to charge, and voir dire requests are due **February 16, 2024**. The responses and objections are due **February 23, 2024**. The parties should be ready for trial with 48-hours' notice of **March 14, 2024**. The estimated trial time is two days.

SO ORDERED.

Dated:    New York, New York
            February 1, 2024

                                    John G. Koeltl
                                  United States District Judge