```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JASMINE TORO,

                Plaintiff,

    - against -

OH MY GAUZE, INC.,

                Defendant.

23-cv-5128 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The deadline to file the joint pretrial order, requests to charge, and voir dire requests was February 16, 2024. None of these submissions were filed. The deadline is extended to **February 26, 2024**. The responses and objections are due **March 1, 2024**. If these documents are not filed, the case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            February 19, 2024

                                              */s/ John G. Koeltl*
                                              John G. Koeltl
                                        United States District Judge